UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN MCCOLLUM,<br>                    Defendant | No. 07 Cr. 582-05(CM) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** of the following attorney information change for Patrick J. Smith:

As of October 1, 2007, my firm affiliation has changed from King and Spalding LLP to:

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, New York 10281

My updated contact information is indicated below my signature.

Pursuant to my appointment under the Criminal Justice Act, I will continue to be counsel of record for Defendant Kevin McCollum in the above-captioned case at my new firm.

Dated:  October 11, 2007
           New York, New York

THACHER PROFFITT & WOOD LLP

By: _____
Patrick J. Smith
Two World Financial Center
New York, New York 10281
Telephone: (212) 912-7934
Fax:          (212) 912-7751
Email: psmith@tpw.com