UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 07 Cr. 582-05(CM) |
| v. | |
| KEVIN MCCOLLUM,<br><br>      Defendant | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK  )
         ) ss.:
COUNTY OF NEW YORK )

   MICHAEL MULLER, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address of Two World Financial Center, New York, New York 10281.

   On October 11, 2007, deponent served the NOTICE OF CHANGE OF ADDRESS of Patrick J. Smith, Esq., counsel for defendant Kevin McCollum, by depositing a true and correct copy of the same enclosed in a postage paid wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York, properly addressed to:

     Renee C. Hill
     2027 Williamsbridge Road
     Bronx, NY 10461

                _____
                MICHAEL MULLER

Sworn to before me this
11ᵗʰ day of October 2007

_____
Notary Public

JONATHAN E. WILSON
Notary Public, State of New York
No. 01WI6091214
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 28, 2011